THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* OTTO WARNER, Appellant.

(Argued November 25, 1935; decided December 10, 1935.)

*Frank W. Barnes* for appellant.

*Glenn F. Carter, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.